UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SEKOU BAYE MAJEKODUNMI, | ) |
| | ) |
| Petitioner, | ) |
| | ) No. 3:09 CV 365 |
| v. | ) |
| | ) |
| SUPERINTENDENT, | ) |
| | ) |
| Respondent. | ) |

**OPINION AND ORDER**

Petitioner Sekou Baye Majekodunmi, a *pro se* prisoner, filed this habeas corpus petition presenting four grounds attempting to challenge the prison disciplinary hearing under case number WCU 08-07-0817. On August 13, 2008, the Westville Correctional Facility Disciplinary Hearing Body (DHB) found him guilty of Battery in violation of A-102. (DE # 11-11 at 1.) Respondent has filed a motion to dismiss in which he argues that petitioner did not raise any of these four grounds during his administrative appeal. Petitioner filed a traverse to the motion to dismiss, therefore this case is fully briefed.

During his administrative appeal, petitioner presented two claims: (1) duplication of charges, and (2) seven day deadline for holding a hearing. (DE # 11-13, 11-14, 14-3 at 1-5, 14-3 at 12-14, and 14-3 at 18-21.) In this habeas corpus petition he has raised four grounds: (1) denied opportunity to present exculpatory evidence, (2) insufficient evidence, (3) insufficient statement of reasons for finding guilt, and (4) insufficient credit for time served in segregation prior to hearing. (DE # 1 at 2-4.)

Defendant is correct that petitioner did not present any of his current grounds for habeas corpus relief during his administrative appeals. In his response to the motion to dismiss, petitioner does not respond to the motion to dismiss. Rather he merely argues the meritoriousness of his four grounds for relief. This is insufficient because this court cannot consider these grounds unless they were first presented during his administrative appeals. "[T]o exhaust a claim, and thus preserve it for collateral review under § 2254, a prisoner must present that legal theory to the . . . Final Reviewing Authority . . .." *Moffat v. Broyles*, 288 F.3d 978, 982 (7th Cir. 2002).

Because petitioner did not present any of his current grounds to the final reviewing authority, this case is **DISMISSED.**

**SO ORDERED**.

Date: November 25, 2009

s/James T. Moody  
JUDGE JAMES T. MOODY  
UNITED STATES DISTRICT COURT